## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CARIBBEAN HYPERBARIC
MEDICINE, LLC and TYLER D.
SEXTON,

      Plaintiffs,

v.                                                                  Case No. 8:25-cv-00791-MSS-CPT

BARRY M. MEUSE and CRYSTAL
CREEK HEALTHCARE CAPITAL
LLC,

      Defendants.

_____

## FINAL DEFAULT JUDGMENT

**IT IS ORDERED AND ADJUDGED** that final default judgment is hereby entered against Defendants as to Counts I and III. Plaintiffs are awarded $1,844,641.60, plus 4.94% interest from March 22, 2022 until final judgment is entered, with post-judgment interest accruing at the statutory rate thereafter; and, their attorney's fees in the amount of $21,750.00.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of March 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record
Any unrepresented parties